**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

**JAN 2 3 2006**

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

06 - CV - 0 0 1 0 7 -BNB

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

TODD WILTSE,

     Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
(CDOC) DIV. OF COMMUNITY CORRECTIONS,
PHOENIX CENTER,
JIM STADLER, CDOC Liason COPD Hearing Officer,
SHERRI STONEKING, CDOC Liason,
MR. STAYLEY, Head Case Manager, and
JENNIFER HOTKA, Case Manager,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, a Prisoner Complaint, a document titled "Notification", a

document titled "Exhibit Table", an Affidavit in Support of the Plaintiff's Motion for the

Appointment of Counsel with the Memorandum of Law, and a Notice of Motion to

Petition for the Appointment of Counsel. The court has determined that the documents

are deficient as described in this order. Notwithstanding the deficiencies, the clerk of

the court will be directed to commence a civil action. Plaintiff will be directed to cure the

Dockets.Justia.com

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) X  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official and does not cover the entire 6-month period.)
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint, Petition or Application**:
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court.  Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

2

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __19th__ day of __January__, 2006.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00107** - BNB

Todd Wiltse
Prisoner No. 124826
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___1/23/06___

GREGORY C. LANGHAM, CLERK

By:_____
                        Deputy Clerk